# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DOMENIC TRICOME AND SUPPLEMENTMARKET.COM. INC. | : | No. 138 MM 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ECOMMERCE, INC., IX WEB HOSTING, FAITHI SAID, SAMMIE TAUNTON AND AMANDA WALSH | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: DOMENIC TRICOME | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.